■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH LEE HALL, Appellant. [698 NYS2d 521] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County (Mullen, J.), rendered January 9, 1998, convicting him of criminal sale of a controlled substance in the third degree, and criminal possession of a controlled substance in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California*, 386 US 738; *People v Paige*, 54 AD2d 631; *cf., People v Gonzalez*, 47 NY2d 606). Krausman, J. P., McGinity, Feuerstein and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN HARDING, Appellant. [697 NYS2d 519] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Dunlop, J.), rendered April 17, 1998, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the jury charge regarding interested witnesses was unbalanced is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Rodriguez*, 258 AD2d 537). In any event, the interested witness charge was balanced and adequately conveyed to the jury the appropriate standards for evaluating a witness's testimony (*see, People v Rodriguez, supra*).

The defendant's remaining contentions are without merit. Friedmann, J. P., Florio, Schmidt and Smith, JJ., concur.